SEYMOUR W. BONSALL, Respondent, *v.* BEATRICE C. SHIVERICK, Appellant.

*Bonsall* v. *Shiverick*, 186 App. Div. 958, affirmed.

(Argued January 15, 1920; decided January 30, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in 'the second judicial department, entered January 31, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to compel specific performance of an alleged contract to reconvey real property. The trial court found that the plaintiff 'conveyed the premises in question to the defendant in reliance upon her promise and agreement that she would take and hold the title in trust for the plaintiff and at any time thereafter upon the plaintiff's request would reconvey to the plaintiff or to any person designated by him; that the plaintiff promised the defendant and agreed with her that she should be put to no expense in and about the carrying charges of said property; that he would pay all taxes thereon,

together with any payments necessary upon a certain mortgage upon which was due the sum of $20,000 which was then a lien upon the aforesaid lands and subject to which the aforesaid conveyance was made. The court further found that the plaintiff, in reliance upon said agreement, paid the taxes upon said lands, likewise the interest upon the aforesaid mortgage, and " duly performed all the conditions of the aforesaid agreement on his part to be performed;" that before the commencement of this action the plaintiff demanded of the defendant a reconveyance and tendered to her for execution a quitclaim deed, but that the defendant refused to execute said deed or reconvey said lands.

*Frank A. Gaynor* and *John Thomas Smith* for appellant.
*Adam K. Stricker* and *Abraham Benedict* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.